# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT
_____

## No. 00-30180
_____

## DONALD L. LAFLEUR; NANCY HARGIS LAFLEUR

Plaintiffs - Appellants,

versus

## UNITED STATES OF AMERICA, ET AL

Defendants,

## UNITED STATES OF AMERICA; DAN GLICKMAN,
### Individually and as Secretary of the United States
### Department of Agriculture

Defendants - Appellees.

_____

### Appeal from the United States District Court
### for the Western District of Louisiana
### (98-CV-2232)

_____

## December 8, 2000

Before BARKSDALE, EMILIO M. GARZA and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

AFFIRMED.  See 5th Circuit Rule 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.